DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BROOKE GRINER** and **DAVID GRINER,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-12,** and **CITY OF FORT LAUDERDALE,**
Appellees.

No. 4D2022-1473

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Pole, Judge; L.T. Case No. CACE 18-25567.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellants.

Morgan L. Weinstein of Van Ness Law Firm, PLC, Fort Lauderdale, for appellee The Bank of New York Mellon.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***